**EXHIBIT A**

