**EXHIBIT A1**



