**EXHIBIT A2**

Youtube highlights of Russell's book are here / Nick Rekieta's Russell Read-Along

July 2020: Russell has a date... in court, with one of his victims.