**EXHIBIT A3**





**Russell Greer** What's sad is people like you who have to use fake accounts and troll and harass innocent people like me.

I wrote the book in a very coherent state of mind to try to counter trolls like you. I couldn't even market it because of similar BS reviews like yours.

I would suggest you remove your defamatory review, "Richard".

a moment ago



Write a comment...

Comment




