## **EXHIBIT A4**


Thank you :)

Tuesday 12:06 PM

I like your new profile pic lol. However, I prefer your face ;)


Haha I'll put one uo once I get a good one haha



 Message...     



