**EXHIBIT A5**

