**EXHIBIT B**



34