**EXHIBIT C**



