**<u>EXHIBIT F</u>**



Verizon 🛜     **5:10 PM**     👁 🎧📱 29% 🔋
🔒 kiwifarms.tw

## Star Buddy

👤 Cryin RN · 🕐 May 1, 2017

**< Lolcows**

| ‹ Prev | 1 | ... | 1078 | ... | 2280 | Next › |

**Next Highlight**

**badboy2000**
I plow hookers FROM ALL SIDES
kiwifarms.net

Sep 14, 2018     �ⵥ    #21,541

> VoreDoggy said: ⬆
>
> I can only see
> https://drive.google.com/drive/folders/0B2VdH79
> IRT1RN1pvdnJ1cTk2cUU in the OP.

Here are the PDFs I have, including his books.
For the mods: please remove this if I broke any
rules by posting these.

## Attachments

⬆ ⬇