# **EXHIBIT H**



47