## **EXHIBIT I**

Cultcow Russell Greer / @theofficialinstaofrussellgreer -

49