**EXHIBIT J**

