**EXHIBIT K**

◀ Mail    4:56 PM    61%

AA    🔒 goodreads.com    ↻

# goodreads

**My Books** | **Browse ▾** | **Community ▾**

---

**Labor Day Sale Now Thru 9/03**
Denver Mattress Company

---



Book details

# Why I Sued Taylor Swift: and How I Became Falsely Known as Frivolous, Litigious and Crazy

by **Russell Greer** (Goodreads Author)

★½☆☆☆  1.36 · 28 ratings · 10 reviews

★★★★★ Your Rating (Clear)

✓ Read ▾

Write a review

"Why I Sued Taylor Swift" tells the heartwarming story of a disabled man and his celebrity crush, Taylor Swift. After working on a musical gift for her, Taylor and this