## **EXHIBIT L**



55