**EXHIBIT O**





**Lionel Spanner** rated a book ★★★★★

about 2 years ago



Why I Sued Taylor Swift: and How I Became Falsely Known...

by Russell Greer (Goodreads Author)



✓ Read

if you really want to read this book, save yourself a few quid and get the audiobook instead: https://interfacialmusic.bandcamp.com...

Like · Comment · 👍 2 · 💬 1



**Russell Greer** Hi there. You are infringing on my copyright. I am requesting that you please remove the link and remove the book from Bandcamp.

Thank you for your cooperation.

Russell

44 minutes ago



Write a comment...

COMPANY



