63

**EXHIBIT P**


**hazeljunior0** 8:42 AM
Woahhh, lots of negative reviews.


**Me** 8:42 AM
Ummmm by ppl who hate me


**Me** 8:43 AM
Anybody can post a review


**Me** 8:43 AM
That's why I was wanting to use your service


**Me** 8:43 AM



64


Hi


**Me** 3:04 PM
We talked a few days ago



**hazeljunior0** 3:06 PM
I remember


**Me** 3:10 PM
Yeah, let's get this shin dig on the road. I can't control trolls spamming my stuff. They do this to anything I do, even if it's really good. That's what my book is about. I got myself into an odd situation with a celebrity and when I came out about it, people started stalking me and making my life hell. It's a very true story and I just want ppl to know about it and that's why I want to use your services :)

Type a message...



Send

65