**<u>EXHIBIT Q</u>**



**Verizon** LTE                    8:49 PM

AA          🔒 cocatalog.loc.gov

# Copyright
United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = Greer Russell
Search Results: Displaying 5 of 7 entries

◄ previous    next ►

Labeled View

### *I Don?t Get You, Taylor Swift.*

**Type of Work:** Sound Recording and Music

**Registration Number / Date:** SRu001366535 / 2019-04-12

**Application Title:** I Don?t Get You, Taylor Swift.

**Title:** I Don?t Get You, Taylor Swift.

**Description:** Electronic file (eService)

**Copyright Claimant:** Russell G. Greer. Address: 6337 South Highland Drive #209, Salt Lake City, UT 84121.

**Date of Creation:** 2019

**Authorship on Application:** Russell G. Greer; Domicile: United States; Citizenship: United States. Authorship: sound recording, lyrics and music.

**Rights and Permissions:** Russell G. Greer, 6337 South Highland Drive #209, Salt Lake City, UT, 84121, (801) 895-3501, russgreer9125@gmail.com

**Names:** Greer, Russell G.

◄ previous    next ►

| **Save, Print and Email (Help Page)** |
| Select Download Format [Full Record ▼] (Format for Print/Save) |
| Enter your email address: [_____] (Email) |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page