**EXHIBIT R**

