**EXHIBIT T**



"I have doxxed people though, including an autistic 8-year-old who really fucking deserved it."

# 2019-04-18 - Russell Greer: (Incomplete) DMCA Takedown Notice -

Null · Apr 18, 2019

< Take that off the god damn Internet!

🔒 Not open for further replies.

1 … 9 Next ▸



**Null**
Cassandra on the Online
kiwifarms.net

Apr 18, 2019                                              #1

From: Russell Greer
<russell.greer.28@gmail.com>
Date: Thu, 18 Apr 2019 04:48:54 -0600
Subject: DMCA Takedown Notice to