**<u>EXHIBIT U</u>**

## Petition details     Comments     Updates



# PEOPLE ARE COMMITTING SUICIDE: Shut Down Cyberbullying Sites LolCow.Farm - KiwiFarms.net

**4,389 have signed.** Let's get to 5,000!

 **Bella Camp** signed this petition

 **Dianne Chan** signed this petition

## Sign this petition



community of stalkers" by *New York Magazine's* Intelligencer, has gone dark. Just one day after website security provider Cloudflare pulled popular right-wing imageboard 8chan amid the El Paso mass shooting, an enormous distributed denial-of-service (DDoS) attack brought Kiwi Farms and its backups down, the site's owner claims.

On Tuesday morning, Kiwi Farms' homepage was replaced by a message from its owner and administrator, Joshua Conner Moon, better known on Kiwi Farms as "Null." On the front page, he announced that Kiwi Farms was undergoing a "sustained DDoS attack of 1Gbps for several hours." Kiwi Farms' two backup sites were also down at press time despite being

Email Address      Go

76

