**EXHIBIT V**








mattdamon_memes



Posts    Followers    Following

User not found

    



No Posts Yet

