**EXHIBIT W**



FOX13NOW.COM

NASA: Annual Perseid meteor shower visible this week

😆 1

👍 Like    💬 Comment    ➤ Share