**EXHIBIT X**

Verizon 5:10 PM 29%
kiwifarms.tw
Star Buddy
Cryin RN · May 1, 2017
Lolcows
Prev 1 ... 1078 ... 2280 Next
Next Highlight
badboy2000
I plow hookers FROM ALL SIDES
kiwifarms.net
Sep 14, 2018
#21,541
VoreDoggy said:
I can only see https://drive.google.com/drive/folders/0B2VdH79IRT1RN1pvdnJ1cTk2cUU in the OP.
Here are the PDFs I have, including his books. For the mods: please remove this if I broke any rules by posting these.
Attachments

Verizon
5:10 PM
kiwifarms.tw
27%
BindCopy.pdf
14.4 MB
Views: 213
why i'm making it ...
529.6 KB
Views: 140
MANIFESTO OF T...
129.1 KB
Views: 121
October_s_Uprisi...
230.6 KB
Views: 70
Gunslinger, Caecia, Gene's Secret Cat and 21 others