**EXHIBIT Y**



### Experience

Bobby,

I've decided to write an article about a Russell Greer in Salt Lake City, UT. Medium.com has covered him in the past and he was recently back in the news for a couple of new lawsuits and released a new song yesterday. I was wondering about your experience working with him and also wanted to find out why he elected to choose someone else for his new song.

I have other people I'm chatting with lined up so you can be anonymous or named.

Get Outlook for iOS

