**EXHIBIT Z**



**Celina Torres** 7/21/20
To: Russell   Cc: H.D. >

Hello,

I am more than happy to answer your questions. What court are you with? The price for the evaluation is $150 and $30 for each class. Now depending on the charge we will need more information if you have a DV charge. Private insurance doesn't cover DV. We also have funding available for DV it just depends on your income. Do you know if you have met your deductible? If you haven't met it they usually have you pay $150/$30.

WARNING: This is an external email. Think before you click any links in this email.

Hello, Celina

Here is the application for the evaluation/screening. I would like to wait until after August 5th to do it. I just wanted to submit this as a preliminary measure until I know what the Court