FILED
2020 SEP 24 PM 2:45
CLERK
U.S. DISTRICT COURT

RECEIVED
2020 SEP 16 AM 9:56
CLERK
U.S. DISTRICT COURT

Name     Russell Greer

Address  7901 South 3200 West
         P.O. Box 152
         West Jordan, UT  84088

Telephone     801-895-3501

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

Russell Greer

Plaintiff,

vs.

Joshua Moon

Kiwi Farms

Defendant(s).

MOTION FOR EMAIL FILING AND NOTIFICATION

Case: 2:20−cv−00647
Assigned To : Campbell, Tena
Assign. Date : 9/16/2020
Description: Greer v. Moon et al

Case No:_____

Judge:        _____

Under DUCivR 5-1(b), I hereby move the court for an order granting permission to email documents to the clerk's office for filing in this case and to receive electronic notification of case activity. The clerk's office should use the following email address to correspond with me: russmark@gmail.com [add email address]. I understand that I must:

- submit documents in PDF format as outlined in the court's CM/ECF and E-filing Administrative Procedures Manual (ECF Procedures Manual);

- use an appropriate digital/electronic signature on all filings, as outlined in Section (II)(A) of the ECF Procedures Manual;

- follow the formatting requirements outlined in DUCivR 10-1 and Section (II)(B) of the ECF Procedures Manual;

- read and become familiar with Local Rule of Civil Practice DUCivR 5-1(b);

- carefully examine all documents prior to emailing them and redact sensitive and private information pursuant to DUCivR 5.2-1, or file a motion to have the documents sealed under DUCivR 5-3;

- under Fed. R. Civ. P. 5, serve my documents on parties who are not served through the court's CM/ECF system, using mail, hand-delivery, or some other agreed-upon method;

- meet all filing deadlines; and

- promptly email a notice to be filed in the case when I have a change of name, address, or email address.

If I am permitted to file documents in my case by email, I understand that:

- the clerk's office may process my documents on the next business day; however, the document filing date will be the same as the email date;

- under Fed. R. Civ. P. 5 and 77 and Fed. R. Crim P. 49, email transmission of documents will constitute service as required by those rules;

- the clerk's office will send an email to me when my documents are received and that email is not proof of filing. A Notice of Electronic Filing will be emailed to me when my documents are filed in the case;

- the clerk's office may request that I change or revise a document to comply with the ECF Procedures Manual before the document will be filed in the case; and

- the court may revoke my permission to file by email after a determination that I have abused the privilege.

I have read and understand the responsibilities outlined on the attached Email Filing and Notification Form for Unrepresented Parties.

ACCORDINGLY, Plaintiff respectfully requests that the court enter an order allowing email filing and notification.

DATED: 08/30/2020 .

_____
Signature

Certificate of Service

I certify that on _____(date)_____ a copy of the above motion was served, by first class U.S. mail, fax, or hand-delivery, to _____ at

(Opposing party or counsel)

_____
(Address)

_____

_____

Dated: _____          _____
                                                                     Signature