Russell Greer
P.O. Box 46602
Las Vegas, Nevada 89114
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2021 FEB 10 PM 1:57
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>Defendants | **PLAINTIFF'S RENEWED MOTION FOR ALTERNATIVE SERVICE**<br><br>Case No.: 2:20-cv-00647<br><br>Judge: Tena Campbell |

1

Pursuant to the Court's 01/28/2021 order, Plaintiff Russell Greer files this Renewed Motion for Alternative Service and writes:

1. As previously stated when Greer first filed his first Motion for Alternative Service, while preparing to file this Complaint, Greer has been unable to locate a physical address to serve Defendant at. Moon's last known address is located in Pensacola, FL, yet it is not known if he still lives there, per blogs run by people who have been affected by his site.

2. On the website that Defendant Moon runs, he has designated an email address to receive what he calls "frivolous legal issues" at for them to end up "in the dumpster". The email address is: legal@kiwifarms.net EXHIBIT A.

3. Greer requests to serve Defendant via electronic mail.

## ALTERNATIVE SERVICE

4. Alternative service is granted when reasonable diligence has been made to locate Defendant. *Motion for Alternative Service. Utah Courts.* (https://www.utcourts.gov/howto/service/alternate_service.html).

5. As explained in the facts, Plaintiff has made efforts to locate the Defendant, in preparation of the lawsuit.

6 . Given that this case is based upon a website, managed by Defendant, that has been infringing and harassing Greer, and that Defendant has designed an e-mail to accept legal documents, e- mail service should be allowed. *Rio Props. v. Rio Int'l Interlink*, 284 F.3d 1007 (9th Cir. 2002) (found that service by e-mail upon a website was proper).

## PRAYER FOR RELIEF

7. Plaintiff asks that alternative service be granted and for service to be made via email to: legal@kiwifarms.net

DATED: February 10th, 2021

Respectfully submitted,

2

By:

Russell Greer
Pro Se Litigant
/rgreer