## **EXHIBT A**

