**EXHIBIT A**



**EXHIBIT B**



14

.ıll Verizon 🛜     3:21 AM     🔆 ⏰ 100% ⚡

 **1800kaizen**   ⓘ

## 1800kaizen

Instagram

56 followers · 90 posts

You don't follow each other on Instagram

You both follow dojacat and 39 others

**View Profile**

YESTERDAY 11:37 PM

 i heard you wanted smoke nigga

i'm finna come through and kick yo lil door down

 what city u in bitch

---

**Accept message request from 1800kaizen?**

If you accept, they will also be able to video chat with you and see info like your Activity Status and when you've seen messages.

**Block**     **Delete**     **Accept**

**EXHIBIT C**

 Verizon 9:12 AM  47%

<  **t_k_s_240k** 



## t_k_s_240k
Instagram
12 followers · 1 post
You don't follow each other on Instagram
You both follow ms.sethii and 17 others

**View Profile**

8:55 AM

 Are you that Taylor Swift stalker?

**Accept message request from t_k_s_240k?**

If you accept, they will also be able to video chat with you and see info like your Activity Status and when you've seen messages.

**Block**          **Delete**          **Accept**

**EXHIBIT D**



**EXHIBIT E**

< 1    **Dipshit Russell Gre...**    ∧    ∨



**Preferences**

 **Clement Eli Gooseman**    1:03 AM
To: r████████k@████████om >    🚫

BRET REDMOND ROSS, A.K.A. Russell Greedy-ass

You dipshit, I know you are in cahoots with Mr. Vance Dunton (2697 Pixanne Ct, San Jose, CA 95148) by conspiring to meet with the redneck folks at the Ku Klux Klan to harass Taylor Swift and her family. I also know you are in cahoots with him to sue Kiwi Farms for causing the Capitol riots in January, and I know Vance's real identity. His real identity is Todd Daugherty, an Illinois native and a redneck Jew Trump supporter.

**See More**    

            

21



**Complaint Referral Form**
**Internet Crime Complaint Center**

**Note:** Fields marked with * are required.

| Victim Information | |
| --- | --- |
| * **Name:** | Russell Greer |
| Are you reporting on behalf of a business? | No |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 30 - 39 |
| * **Address:** | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| * **City:** | |
| County: | |
| * **Country:** | Please Select One... |
| State: | |
| * **Zip Code/Route:** | |
| * **Phone Number:** | numbers |
| * **Email Address:** | jdo |
| Business IT POC, if applicable: | Name, Email, Phone number, etc. |
| Other Business POC, if applicable: | Name, Email, Phone number, etc. |

| Financial Transaction(s) |
| --- |

*Please complete one section for each financial transac*
*transaction related to this complaint. If there are no f*
*proceed to the next section.*

22

**EXHIBIT F**



**New voicemail from Unknown Caller**

 Voice

Wrestle with David Burnett, I'm not sure if you saw yet but Joshua moon is retained Greg. Skordas says his defense attorney. Oh, you're about to receive the biggest legal Smackdown. You've ever received a little pipsqueak. I hope you're ready by this week.

**PLAY MESSAGE**

YOUR ACCOUNT    HELP CENTER    HELP FORUM

This email was sent to you because you indicated that you'd like to receive email notifications for voicemail. If you don't want to receive such emails in the future, please update your email notification settings.

Google

Google LLC
1600 Amphitheatre Pkwy
Mountain View CA 94043 USA








 Voice

Wrestle, it's David Burnett. Just wanted to let you know I have some friends involved and I just heard they laughed at your video. Sorry buddy, but she didn't make it you got to reject it will probably find out soon, but I'm thinking to give you a heads-up. Also, you're not 5/8. All right, we saw you post. We saw your picture next to dinner off with 5 7 you much smaller than him. We saw your picture next to Ariana Grande. You're almost her height a little bit over her High here. Maybe five foot three. Okay, so pipsqueak is very appropriate. So now you have pipsqueak you lost a GT and you have pets quick to the Bottom Blues for the fourth time to Greg skordas. Have a great year, bye-bye.

PLAY MESSAGE

YOUR ACCOUNT     HELP CENTER     HELP FORUM

This email was sent to you because you indicated that you'd like to receive email notifications for voicemail. If you don't want to receive such emails in the future, please update your email notification settings.

Google








**Verizon** 11:12 AM 48%

< Inbox

**DB**  **David Burnett** 11:03 AM
To: russellgreer30business@... >

# RE: Greg Skordas

Skordas is going to blow your pipsqueak ass out of the water, and he's also asking for attorney's fees. Hope you've got enough saved up in the hooker fund to pay Skordas for wasting his time, ya short little insignificant manlet pipsqueak.

PS: We are all still laughing at your AGT audition video. One of the worst we have ever seen.

David M. Burnett
Media Analyst
NBCUniversal Media, LLC

   





**Greer  Russell**
David Burnett is a sick man who has been harassing me through phone and email. He is from a hate site that is responsible for the suicides of 5 people. Literally in one week, this sob has harassed me four different times. And everything he just said is a bunch of crap. He somehow found a video that was never made public, doesn't know crap about the audition or anything else. Unlucky for him, I've forwarded everything to the police. So to "David": stop. Please just stop.

23m   Like   Reply

Most Relevant is selected, so some replies may have been filtered out.

 Write a comment...   

     

**EXHIBIT G**

| All | **Posts** | People | Groups | Photos |
|-----|-----------|--------|--------|--------|

 **Greer  Russell**
Sep 13, 2017 · 🌐                                    •••

CEASE AND DESIST:

This is a public warning for Kiwi Farms and its users to cease posting information about me on your slanderous site. You are electronic harassing me in accordance to Utah Code 76-9-2(e) by publishing information on your website about me without my permission in a harassing, threatening, annoying and violating manner. Further, you have obtained information on me that I have never publicly posted and have posted it on that site. In addition, many of you have contacted me in annoying, harassing ways. Lastly, you have stalked me in-person and have... See More

 4                                    2 Comments

 Like             Comment

         

SENATOR

# MITT ROMNEY

June 3, 2019

Dear Mr. Greer,

Thank you for contacting me to share your views and concerns. I appreciate hearing your thoughts on affecting our nation.

Serving and advocating for the people of Utah is my highest priority. I rely deeply on your perspectiv experiences to help guide my approach as the United States Senate considers policy issues that affect your senator, my commitment is to do what I believe is in the best interests of Utah and our country.

Thank you again for contacting me. Please reach out anytime about this or any other matter of concer also be interested in visiting my website, http://romney.senate.gov, for news and legislative updates.

Sincerely,

Mitt Romney
United States Senator

31

**<u>EXHIBIT H</u>**

MAR 1, 4:42 AM

You have a good voice!

That's Gabriel who is singing (feat. Gabriel Kutzman as said on the track), but I wrote the song :) My face is paralyzed so I can't professionally sing. But I play the piano and write my music and have other ppl sing

Oh ok cool, it's a good song you should be proud 😊







**Found in Important Mailbox**

**Maureen OConnor**
To: Russell Greer >

8/8/20

# New project

You have a very interesting story. I just took on a major new project and it is taking all of my time. I wouldn't want to not do a good job for you. I am sorry, but I cannot take on another important project like yours right now. Best of luck with everything!

Sent from my iPhone



EXHIBIT I

pretty badly. At first I was all, wow! An author. Then I read the reviews of one of your books and the general consensus was that you have the mindset of a serial rapist. One of the comments actually says that any ladies who know you in real life should run quickly. You've probably seen these so I'm sorry if this is tedious to listen to. I don't care that you're disabled, or how. My son is as well. I do care though if you don't respect women because I was in one of those relationships and I would never do it again. I generally don't judge a book by it's cover so I am wondering what you have to say about all of this?

I'm ambitious. I did things tha      Send

For the past four years, I have been stalked and harassed by a hate site. They have done everything in their power to ruin my life. I'm actually in a lawsuit against them for a defamation. I'm not a Rapist. I've never raped a woman. I respect woman. I've literally wanted to end my life because of this harassment

I'm a good person

I'm ambitious. I did things that people haven't let me explain. I mean, dang. Look

EXHIBIT J.



**EXHIBIT K**

## KIWI FARMS HAS BEEN THE HOME OF A MASS MURDERER AND AN ATTEMPTED MASS MURDERER.



Kiwi Farms user **William Atchison** committed school shootings in which he shot two Hispanic kids and himself, as you can see here:

http://matthewhopkinsnews.com/?p=5538

https://www.splcenter.org/hatewatch/2018/02/08/evidence-new-mexico-school-shooter%E2%80%99s-involvement-racist-alt-right-overwhelming

 Follow   •••



and injured 319 in 2011. Other
pseudonyms included "Future Mass
Shooter" and "School Shooter."

Atchison also allegedly frequented the
Daily Stormer, the racist alt-
right's most notorious website, in
addition to other known online
communities favored by the alt-right,
such as EncyclopediaDramatica, Kiwi
Farms, 4chan and various videogame
forums.

Atchison's affinity for and participation
at the Daily Stormer was affirmed by
the site's administrator, Andrew
Auernheimer, in a recent episode of his
radio show. Auernheimer, who goes by

44



# ILLINOIS WOMAN WITH NEO-NAZI LEANINGS CHARGED IN CANADIAN MASS MURDER PLOT

February 18, 2015





features Adolf Hitler surrounded by prancing cartoon ponies.

The Internet sleuths at the site Kiwi Farms, where she had at one time been an active member, further tracked Souvanarrath's activities and ascertained that she had also been an active member at a forum devoted to fascist ideology called Iron March, which is apparently operated by a man named Alexander Slavros.

Nor was Souvannarath the only member of the trio with such leanings. James Gamble's online postings also



**EXHIBIT L**

.ıll Verizon  LTE           7:53 PM                 ◉ ⌒🎧📶 44% 🔋
                          🔒 change.org



# PEOPLE ARE COMMITTING SUICIDE: Shut Down Cyberbullying Sites LolCow. Farm - KiwiFarms.net

**6,660 have signed.** Let's get to 7,500!

 **Kabilan Lingam** signed this petition

**Sign this petition**

**Share this petition**



**Sebastian Redacted**
Sep 5, 2020

Yes, not only take them down, but Josh needs to be punished for fueling/allowing all of that. It's his websites after all.

♡ 5                                    Report

**Load more**

COMPANY                COMMUNITY

About                  Blog

Impact                 Press

Careers

Team

SUPPORT                CONNECT

49



**Kayla Clinton**
Sep 15, 2020

These sites are bs. We shouldnt even have to make a petition to take them down but the government soooooo cares about us

♡ 3                                        Report



**Izzy Carroll**
Sep 15, 2020

KiwiFarms is made to harass a trans woman, and the creator is transphobic and ableist.

♡ 4                                        Report



**India Brown**
Sep 9, 2020

Shut every single one them down. They need to be punished.

♡ 3                                        Report

50



.ıll Verizon  LTE          7:37 PM          ☾ ⋒⃝ 52% 🔋
                          change.org



**F. H. Adams**
Nov 12, 2020

I will never understand why groups of people band together to cause hate.

♡ 2                                    Report



**Ahmad Abdullah Bin Sharif**
Nov 7, 2020

I have been through cyber bulling by closeminded people in my area. Tobe honest I am very headstrong so I was hardly affected by it but the way they bullied me tho, imagine them doing that to others for fun. I won't let that happen to anyone. No good people on this planet deserves to be cyber bullied when they did nothing wrong to the cyber bullies. Period.

♡ 2                                    Report



**Lucca Garcia**
Nov 7, 2020



.ıll Verizon  LTE          7:36 PM          ⊕ ⌒⃨ 53% 🔋
                          change.org



**Jamie Pickleshitter**
3 weeks ago

these sites are littered with bigots who
wanna destroy the livelihoods of
marginalized people. we cant and should not
tolerate it.

♡ 1                                    Report



**Brittany Larson**
3 weeks ago

i have friends who have been stalked by
users on this website for literal years. it's a
horrible cesspit of hatespeech targeting
vulnerable minorities and it should've been
taken down years ago.

♡ 1                                    Report



**Elizabeth Fox**
4 weeks ago

The owner of lolcow.farm refused to delete
personal information exposure about me as
well as defamatory content... <u>Read more</u>

52

**EXHIBIT M**



had no people in her life she could rely on, and despite blatantly telegraphed cries for help these problems were allowed to compound until it manifested in her death.

This is an entertainment forum and we like to be entertained, which is why we actively discourage people from becoming emotionally involved. This most frequently means "don't get angry", but it should also extend to sorrow and guilt. It is incredibly arrogant to think that your account on this irrelevant, obscure Internet forum has somehow ended someone's life. If anything, our member's involvement of the police at her prior suicide threats prolonged her existence and exposed her to members of society and law enforcement that could provide pathways to a happier life. She, unfortunately, made the conscious decision not to take those avenues for help.

Suicide is a markedly selfish thing which is characterized by extending prolonged suffering to everyone *except* the person who dies. It is not an end. It's not a fix. It's a retaliation, and imbibing the notion that anyone besides Julie Terryberry could have