**EXHIBIT B**

  .ıll Verizon  LTE          8:43 PM           89%

 🔒 kiwifarms.net          ↻

# Illegal content

There are precisely two instances in which we always remove content.

- **Child Pornography.** Use the built-in report feature or Contact Us link to report any post of exploited minors and it will be dealt with immediately.
- **Copyrighted Material.** We do not host well-known copyrighted content. What copyrighted content we do host is usually covered under Fair Use, but if you are the copyright holder of something, email legal@kiwifarms.net with the appropriate documents. I do not respond to emails without sufficient proof of a legal claim.

# Content on people

In short: **We do not ever delete threads on people**. In the *five years* we've been around (!), we have taken down threads only for

   



not respond to emails without sufficient proof of a legal claim.

# Content on people

In short: **We do not ever delete threads on people**. In the *five years* we've been around (!), we have taken down threads only for quality reasons. We have been threatened with lawsuits countless times. We have been threatened by celebrities. We have ~~never~~ been taken to court and ~~if we had~~ we ~~would win~~ won. In most instances, we post threats and litigation publicly.

Typically, a courtesy removal may be done in one specific situation:

- The thread is about a minor,
- The subject's Internet drama is limited to our website,
- *And* they are no longer a public figure. This is either because they've been medicated, grew up, received proper parenting, etc.

These conditions have resulted in thread take-downs about five times in our history.

🔒 kiwifarms.net

# On the DMCA and fair use

Service DMCA complaints to
legal@kiwifarms.net.

Do yourself a favor and read about the requirements for a DMCA request before bothering to try and service one. A primary requirement for a DMCA request is a **legal return address** that we may file counternotices to. This is obligatory, because proceedings cannot continue without a counternotice. If you do not meet the minimum requirements for a legal DMCA notice, it is unlikely I will dignify your incomplete DMCA notice with a reply.

# You will lose your lawsuit

- *Scott v. Lolcow LLC (2017)* Melinda Leigh Scott attempts to sue my company after her stalker used the Kiwi Farms to talk about her in a thread that was about only himself. The case is dismissed.