## **EXHIBIT A**





**Alex Foix**
3 weeks ago

TO HELL WITH KIWIFARMS! Make those fuckers burn for ALL the people they've killed and hurt.

Show no mercy!

♡ 4

Report





**Courtney Bell**
4 weeks ago

Hey Jill. I know who owns Lolcow Farm or at least who set it up. I know there's a bounty for the... Read more

♡ 5





countless more. Tell everyone You know about this petition and let's get bullying sites shut down for good.

♡ 6

Report

 **Krimson Kat**
Jul 2, 2021

I'm a victim of Kiwi Farms myself actually. I've been considering suicide for a long time. I'm tired. So tired. I just want to try and live my life free of a site like this. . .

♡ 3

Report

 **Shane Gentle**
Jul 1, 2021