## **EXHIBIT B**




14






15