**EXHIBIT C**








Sapphire Cianfriglia on June 24, 2018 at 2:02 pm

I am currently a target of a thread. I had to shut my Tumblr down because there was a huge influx of hate. I now have my twitter locked down and my FB completely on private and have to hope that they aren't contacting people via my linked-in. I have been having boughts of suicidal ideation and depression since I came home from the hospital from surgery and they haven't stopped, if anything they have doubled-down. I have no doubt they'll post this, too. I've been stalked before, when a man hacked my Youtube account in 2010 and doxxed my personal information, my home phone was filled with threats. I still deal with the trauma. My mental health has been in the toilet and I've fought off constant self-harming thoughts. I don't know if there's a way out but I hope so, otherwise I'm not going to live much longer



**EXHIBIT D**

20



21