IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH, CENTRAL DIVISION

FILED
2021 SEP 17 PM 1:40
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Russell Greer,<br><br>**Plaintiff**,<br><br>v.<br><br>Joshua Moon and Kiwi Farms,<br><br>**Defendants**. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL MEMORANDUM BRIEF**<br><br>Case No. 2:20-cv-00647<br>Judge Tena Campbell<br>Magistrate Judge Jared C Bennett |

Pursuant to FRCP 15(D), Plaintiff respectfully moves this Court for the entry of an Order granting Plaintiff the right to file a Second Supplemental Memorandum Brief, a copy of which is attached hereto, and for its reasons relies upon the following:

In August of this year, Plaintiff filed the first Supplemental Memorandum Brief to bring to light David Ginder's death, which stemmed from Kiwi Farms. Plaintiff files this second motion to bring attention to a direct confession from a Kiwi Farms user who sent Greer an alarming email on 09-17-21, in which the user admits they have purposefully sabotaged Greer's life with defamation and harassment, proving that the requested injunction is needed more than ever.

Plaintiff respectfully requests that the Court enter an Order Granting Plaintiff the right to file the attached Supplemental Memorandum Brief.

Respectfully submitted,

6

Dated: 09-17-/2021

/s/ Russell Greer

Russell Greer

P . O. Box 46602
Las Vegas, NV 89114
801-895-3501
Pro Se Litigant



6

2