Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,** | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT** |
| Plaintiff | |
| v. | |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | Case No.: 2:20-cv-00647 |
| Defendants | Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |

1

AND NOW, on this ____ day of _____, 2021, upon consideration of Plaintiffs' Motion for Leave to File Amended Complaint, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

BY THE COURT:

_____

Tena Campbell

2