Russell Greer
PO BOX 46602
LAS VEGAS, NV 89114
801-895-3501
russellgreer30business@gmail.com
Pro Se Litigant

FILED
2021 OCT 26 PM 5:34
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>      Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>      Defendants | **NOTICE OF APPEAL TO THE 10TH CIRCUIT COURT OF APPEALS**<br><br><br>Case No.: 2:20-cv-00647<br><br><br>Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |

1

Notice is hereby given pursuant to Fed. R. App. P. 3 that Plaintiff respectfully appeals to the United States Court of Appeals for the Tenth Circuit the District Court's 09-21-2021 final judgement, Dkt. 38, and order rejecting motion to alter , Dkt. 44, insofar as they grant the motion to dismiss filed by Defendant Kiwi Farms and Joshua Moon, Dkt. 20, and rejecting Plaintiff's motion to alter, Dkt 40 and plaintiff's motion to file amended complaint, Dkt 41.

The statutory basis for this appeal is 28 U.S.C. § 1291.

Respectfully

DATED: October 26th, 2021

Respectfully submitted

By: /rgreer/

Russell Greer
Pro Se Litigant
/rgreer

## **CERTIFICATE OF SERVICE**

An electronic copy of the Notice of Appeal has been sent to the following attorneys, Greg Skordas, via the court electronic filing system.

3