# United States District Court
## District of Utah



**D. Mark Jones**
Clerk of Court

**Anne W. Morgan**
Chief Deputy Clerk

October 27, 2021

Russell G. Greer
PO BOX 46602
LAS VEGAS, NV 89114

RE:     NOTICE OF APPEAL
        Greer v Moon, et al.
        Plaintiff/Appellant  Defendant/Appellee
        Lower Docket: 2:20cv00647 TC

Dear Appellant:

Attached are the following documents in connection with the Notice of Appeal filed in the above captioned case:

> Copy of the Notice of Appeal (filed 10/26/202110/26/2021)
> Copy of the Docket Sheet
> Order or Judgment being appealed from

The record on appeal will be transmitted to the Court of Appeals at a later date in accordance with the Rules of Court for the U.S. Court of Appeals for the 10th Circuit.  This case contains sealed documents. This case contains a sealed document.

Sincerely,

D. Mark Jones, Clerk

By: /s/Aimee Trujillo
Aimee Trujillo
Deputy Clerk

DMJ:
**cc**: Clerk, U.S. Court of Appeals, Tenth Circuit
Judge Tena Campbell
Court Reporter:
Counsel of Record
District: 1088
Fee Status: Not Paid