**STEWART B. HARMAN, #11313**
**PLANT, CHRISTENSEN & KANELL**
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
Telephone: (801) 363-7611
Email: sharman@pckutah.com
*Attorneys for Defendant Joshua Moon*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER, <br><br> Plaintiff, <br> v. <br><br><br> JOSHUA MOON, et al. <br><br> Defendant. | **NOTICE OF APPEARANCE** <br><br> Case No. 2:20-cv-00647-TC <br><br> District Judge Tena Campbell <br> Magistrate Judge Cecilia M. Romero |

NOTICE IS HEREBY GIVEN of the appearance of Stewart B. Harman of the firm Plant, Christensen & Kanell as attorney for Defendant Joshua Moon in the above-captioned matter.

DATED November 1, 2023.

**PLANT, CHRISTENSEN & KANELL**

 */s/ Stewart B. Harman*
**Stewart B. Harman**
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was filed via CM-ECF this 1st day of November 2023, which provided service upon all counsel of record.

 */s/ Stewart B. Harman*
Stewart B. Harman