**STEWART B. HARMAN, #11313**
**PLANT, CHRISTENSEN & KANELL**
136 East South Temple, Suite 1700
Salt Lake City, Utah 84111
Telephone: (801) 363-7611
Email: sharman@pckutah.com
*Attorneys for Defendant Joshua Moon*

### THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>    Plaintiff,<br>v.<br><br><br>JOSHUA MOON, et al.<br><br>    Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:20-cv-00647-TC<br><br>District Judge Tena Campbell<br>Magistrate Judge Cecilia M. Romero |

I move for the pro hac vice admission of <u>Matthew D. Hardin</u> (Applicant) as counsel for <u>the Defendant</u>, and I consent to serve as local counsel. I am an active member of this court's bar.

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED November 1, 2023.

                                                      **PLANT, CHRISTENSEN & KANELL**

                                                      */s/ Stewart B. Harman*
                                                      **Stewart B. Harman**
                                                      Attorney for Defendant

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing motion was filed via CM-ECF this 1st day of November 2023, which provided service upon all counsel of record.

                                             /s/ Stewart B. Harman
                                             Stewart B. Harman