IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| RUSSELL G. GREER,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA MOON, et al.,<br><br>Defendants. | ORDER OF RECUSAL<br><br>Case No. 2:20 CV 647 |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office.

DATED this  13th   day of December, 2023.

BY THE COURT:

_Tena Campbell_
TENA CAMPBELL
United States District Court Judge

**Case has been randomly reassigned to District Judge David Barlow