THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL G. GREER,<br><br>                     Plaintiff,<br><br>v.<br><br>JOSHUA MOON, an individual, and KIWI FARMS, a website,<br><br>                     Defendants. | **ORDER VACATING JUDGMENT**<br><br>Case No. 2:20-cv-00647-DBB<br><br>District Judge David Barlow |

Before the court is the Tenth Circuit Court of Appeals' mandate reversing this court's judgment and remanding for further proceedings.[1] After the mandate issued on December 12, 2023, the presiding judge recused and the matter was reassigned to the undersigned judge.[2]

The Tenth Circuit reviewed this court's decision granting Defendants Joshua Moon ("Mr. Moon") and Kiwi Farms's (collectively "Defendants") Motion to Dismiss, filed September 21, 2021.[3] This court concluded that Plaintiff Russell G. Greer ("Mr. Greer") failed to state a claim upon which relief can be granted, denied as moot his request for a preliminary injunction,[4] and closed the case.[5] On September 29, 2021, Mr. Greer moved to alter judgment and reopen the

---

[1] ECF No. 53.
[2] ECF No. 54.
[3] ECF No. 37.
[4] *Id.* at 12–13.
[5] ECF No. 38.

1

case pursuant to Federal Rule of Civil Procedure 59(e).[6] The court denied his motions on October 26.[7] Mr. Greer appealed to the Tenth Circuit the same day.[8]

On appeal, the Tenth Circuit held that Mr. Greer states a plausible claim of contributory copyright infringement.[9] The Tenth Circuit remanded to this court for proceedings consistent with the opinion issued on October 16, 2023.[10]

Accordingly, **IT IS HEREBY ORDERED** that the court's judgment granting Defendants' motion to dismiss[11] is VACATED. The clerk of court is directed to reopen this case. By separate order, the court will direct the parties concerning further scheduling.[12]

Signed January 3, 2024.

BY THE COURT

_____
David Barlow
United States District Judge

---

[6] ECF No. 40.
[7] ECF No. 44.
[8] ECF No. 45.
[9] *Greer v. Moon*, 83 F.4th 1283, 1296 (10th Cir. 2023).
[10] ECF No. 53-1.
[11] ECF No. 37.
[12] The clerk of court has resolved the Taxation of Costs by separate order. *See* ECF No. 53-3; ECF No. 56.