**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>         Plaintiff,<br>v.<br><br><br>JOSHUA MOON, et al.<br><br>         Defendant. | **DECLARATION OF JOSHUA MOON**<br><br>Case No. 2:20-cv-00647-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Cecilia M. Romero |

NOW COMES Joshua Moon, and states as follows:

1. I am an adult and competent to testify to the matters set forth herein.

2. I am a domiciliary of the State of Florida. Although I left Florida and went to Europe several years ago, I maintain my domicile in Florida, am registered to vote in Florida, and have a Florida driver's license. I have never taken up a permanent residence in any other state. My domicile is located in Escambia County, which is in jurisdiction of the U.S. District Court for the Northern District of Florida.

3. I am the sole member of Lolcow, LLC (d/b/a Kiwi Farms). Lolcow, LLC is organized under the laws of the State of West Virginia.

4. Further I say nothing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: January 17, 2024

_____
Joshua Moon