FILED
2024 JAN 19 PM 3:33
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>Defendants | **PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**<br><br><br>Case No.: 2:20-cv-00647<br><br><br>Judge David Barlow<br>Magistrate Judge: Jared C. Bennett |

1

Plaintiff Russell Greer comes forth and let's the Court know of his address change.

## **NEW ADDRESS**

The address that the Court may send mail to is:

1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169

DATED: January 19th, 2024

Respectfully submitted,

By: /s/

Russell Greer
Pro Se Litigant
/rgreer

2