FILED
2024 JAN 19 PM 3:35
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

## THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>Defendants | **PLAINTIFF'S MOTION to EXTEND TIME TO RESPOND TO DEFENDANTS**<br><br><br>Case No.: 2:20-cv-00647<br><br><br>Judge David Barlow<br>Magistrate Judge: Jared C. Bennett |

1

Plaintiff Russell Greer comes forth pursuant to *FRCP 6(b)(1)(A)* and asks for a motion to extend time to reply.

## FACTS

1. On Wednesday, January 17th, Defendants filed 4 documents: (1) an answer to the complaint, (2) a motion to strike, (3) a motion to change venue and (4) motion for joinder.

2. The following day, Thursday, January 18th, Defendants filed 3 more motions: (1) Motion to amend/correct, (2) Motion to Intervene and (3) Motion to Substitute Party.

3. Based on the Local Rules, Plaintiff would have until January 31st to respond to 3 of the motions filed on the 17th.

4. Plaintiff would then have to respond on February 1st to the motions filed on the 18th.

5. Then a week later, on the 7th, Plaintiff would have to Reply to Defendants' Answer.

6. In less than a month, that's 7 documents Plaintiff has to reply to.

## FRCP RULE 6(B)(1)(A)

7. Under the Federal Rules of Civil Procedure 6(b)(1)(A), Plaintiff is allowed to file a motion for extension of time for good cause before the original time expires.

## GOOD CAUSE EXISTS

8. Plaintiff respectfully asks this Court to extend the response deadlines because good cause exists.

9. Good cause exists because 7 documents from Defendants were thrown onto Plaintiff within a day of each other.

10. This slew of filings almost seems tactical and seems as if it was an attempt to bury Plaintiff, a pro se litigant, in paperwork and to cause him stress.

11. Truthfully, Plaintiff is consumed in a baggage of both personal and professional and therefore he would not be able to reply to all 7 documents in less than a month – a

2

majority of them due in 2 weeks — and not be able to give his best Responses to all 7 documents.

## Dates Requested to Be Extended

12. Plaintiff respectfully asks that all filings be extended for a month.

13. For the filings due on 01-31-24 (the motion to strike, the motion to change venue and the motion for joinder), it would be requested that they be due by 02-29-24.

14. For the filings due on 02-01-24 (the motion to amend/correct, the Motion to Intervene and the Motion to Substitute Party), it would be requested that they be due by 03-01-24.

15. For the Reply to the Answer, due on 02-07-24, it would be requested that it be due by 03-07-24.

## PRAYER FOR RELIEF

16. Plaintiff asks respectfully that the deadlines be extended.

DATED: January 19th, 2024

Respectfully submitted,

By:

Russell Greer
Pro Se Litigant
/rgreer

3