THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff,<br><br>v.<br><br>**JOSHUA MOON, publisher of the website Kiwi Farms; and KIWI FARMS, a website,**<br><br>Defendants. | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSES<br><br>Case No. 2:20-cv-00647-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Before the court is Plaintiff Russell G. Greer's ("Mr. Greer") Motion for Extension of Time to File Responses.[1] Therein, Mr. Greer seeks an extension of time to file responses to the following motions: Defendants' Motion for Joinder,[2] Defendants' Motion for More Definite Statement,[3] Defendants' Motion to Change Venue,[4] Defendants' Motion to Strike Complaint,[5] and Defendants' Motion to Correct Complaint/Motion to Intervene/Motion to Substitute.[6] Defendants indicate that they take no position on the extension of deadlines for Mr. Greer's oppositions to any motions.[7] However, Defendants oppose Mr. Greer filing any Reply to

---

[1] ECF No. 71.

[2] ECF No. 62.

[3] ECF No. 63.

[4] ECF No. 64.

[5] ECF No. 65.

[6] ECF No. 68.

[7] ECF No. 72 at 1.

Defendants' Answer.[8] Accordingly, the court GRANTS IN PART AND DENIES IN PART Mr. Greer's motion.[9] Mr. Greer's response deadlines are extended as follows:

1. Mr. Greer shall file responses to Defendants' Motion for Joinder,[10] Defendants' Motion for More Definite Statement,[11] Defendants' Motion to Change Venue,[12] and Defendants' Motion to Strike Complaint[13] by February 29, 2024.

2. Mr. Greer shall file a response to Defendants' Motion to Correct Complaint/Motion to Intervene/Motion to Substitute[14] by March 1, 2024.

Mr. Greer has established no reason why the court should order the filing of a Reply to Defendants' Answer.[15] Consequently, the court DENIES Mr. Greer's request to file a Reply to the Answer.

IT IS SO ORDERED.

DATED this 22nd day of January 2024.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge

---

[8] ECF No. 72 at 2.
[9] ECF No. 71.
[10] ECF No. 62.
[11] ECF No. 63.
[12] ECF No. 64.
[13] ECF No. 65.
[14] ECF No. 68.
[15] Fed. R. Civ. P. 7(a)(7).