**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | **NOTICE REGARDING SCHEDULING** |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:20-cv-00647-DBB |
| JOSHUA MOON, *et al.* | District Judge David Barlow |
| Defendant. | Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and give Notice that they have not received a draft "Attorney Planning Report" as ordered at ECF No. 60, p. 1, ¶1. Because Defendants have not received the draft report, the timeline for conducting a Rule 26 planning conference has not yet begun to elapse. ECF No. 60, p. 2, ¶ 2. Defendants' counsel informed Plaintiff of the obligation to share such a report by email, which is attached hereto as Exhibit A. The Defendant appears to believe it is the obligation of the Defense to propose a schedule for this case, as is set forth in his Reply, which is attached hereto as Exhibit B.

DATED February 1, 2024

**HARDIN LAW OFFICE**

 */s/ Matthew D. Hardin*
**Matthew D. Hardin**
Attorney for Defendants