**From:** Russell Greer RussMark@gmail.com
**Subject:** Re: Scheduling meeting
**Date:** January 20, 2024 at 11:31 AM
**To:** Matthew Hardin matthewdhardin@gmail.com



Well, you're right. We are reading it differently, but to be frank, both my former counsel and I did reach out to you to attempt out of court mediation and that was ignored. You never contacted me about a scheduling order and so the way I read it was I had 35 days after the date of that order.

Sent from my iPhone

> On Jan 17, 2024, at 1:06 PM, Russell Greer <russmark@gmail.com> wrote:
>
> Good afternoon,
>
> Per the judge's order, we are supposed to stipulate for a scheduling conference. Not sure if you're amenable to that. If not, seeing that you have ignored my other emails, I will invoke the 35 day period to propose a scheduling order.