**From:** Matthew Hardin matthewdhardin@gmail.com
**Subject:** Re: Scheduling meeting
**Date:** January 17, 2024 at 5:04 PM
**To:** Russell Greer russmark@gmail.com



I think you and I understand the order a little differently.

Paragraph 1 of the order states that: "Except for cases listed in Fed. R. Civ. P. 26(a)(1)(B), Plaintiff(s) must propose a schedule to Defendant(s) in the form of a draft Attorney Planning Meeting Report1 within 14 days after the first answer to the complaint is filed…"

Paragraph 2 states that "The parties must conduct their planning conference under Fed. R. Civ. P. 26(f) within 14 days after Plaintiff(s) providing Defendant(s) with a draft Attorney Planning Meeting Report."

I await your "draft attorney planning report," which is due sometime within the next 14 days. Once you send me that draft report, we will have 14 days to conduct a planning conference. If you prefer to prepare a stipulation, I will review any stipulation you suggest and will discuss with my client whether we can agree to such a stipulation or not.

Best,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

> On Jan 17, 2024, at 4:06 PM, Russell Greer <russmark@gmail.com> wrote:
>
> Good afternoon,
>
> Per the judge's order, we are supposed to stipulate for a scheduling conference. Not sure if you're amenable to that. If not, seeing that you have ignored my other emails, I will invoke the 35 day period to propose a scheduling order.