**<u>Exhibit A</u>**



3:21   .ıl LTE 🔋

‹ Sent    Attorney Conferral –...   ∧ ∨

On Tue, Dec 19, 2023 at 7:49 AM Matthew Hardin <matthewdhardin@gmail.com> wrote:
Following up on this, do you/will you represent Mr. Greer on remand, or should I proceed as if he's pro se in the District Court?

Thanks,

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***

On Dec 12, 2023, at 6:14 PM, Matt Hardin <matthewdhardin@gmail.com> wrote:

Gentlemen:

In light of the mandate issued today, Mr. Moon is willing to re-open mediation as you propose. I think efficiency is seriously compromised, and to an arguably



**<u>Exhibit B</u>**

3:23        .ıll LTE 84

### Response addressing the... ⌄     Done

13

**B. The Petition obfuscates the facts about how Google Drive works and then elides how the Copyright Act defines the relevant conduct.**

For the first time, Op.15n.9, Pet.7 ("only the third element"), Petitioners newly object to there was an underlying direct infringement. Pet.13-15 (Section III.B); <u>see</u> Op.15-17 (Section II.B.1). The Petition is both factually and legally misguided.

*<u>First</u>*, there were multiple bases for a finding of an underlying third-party direct infringement, and the Petition only seems to be objecting to the last relating to the book:

1. *<u>Infringements Other Websites</u>*: Some of the direct infringement occurred through Kiwi Farms users posting infringing material to other websites. Op.16 ("on various sites"); 1.App.19¶¶46-47.

2. *<u>Song on KiwiFarms</u>*: Another infringement was the posting of an infringing MP3 file *directly* to Kiwi Farms. Op.16 ("MP3 of his song was . . . on Kiwi Farms["); 1.App.20¶¶53-55; 1.App.199:

14



12

**Exhibit C**



Marvin Candle

**TECH**

# The Website That Wants You to Kill Yourself—and Won't Die

*How the trolls on Kiwi Farms hounded people to commit suicide and created the online culture we have today.*

**ALI BRELAND**

**MARCH+APRIL 2023**

🔒 motherjones.com

**Exhibit D**





11

