**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff,<br><br>v.<br><br><br>JOSHUA MOON, *et al*.<br><br>Defendant. | **NOTICE REGARDING ERRONEOUS CERTIFICATE OF SERVICE**<br><br>Case No. 2:20-cv-00647-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and give Notice that the document filed at ECF No. 77 appears to have an incorrect or erroneous certificate of service. Specifically, the Certificate of Service states that undersigned counsel was served a copy of the filing by email on February 6, 2024. However, undersigned counsel did not receive the document by email until February 7, 2024, and only *after* undersigned counsel received the ECF notice relating to its filing. Accurate copies of the relevant ECF Notice (timestamped 12:12 p.m. Eastern Time) and the relevant transmittal from the Plaintiff (timestamped 12:18 p.m. Eastern Time) are attached hereto.

DATED February 7, 2024

                                          **HARDIN LAW OFFICE**

                                          */s/ Matthew D. Hardin*
                                          **Matthew D. Hardin**
                                          Attorney for Defendants