**From:** utd_enotice@utd.uscourts.gov
**Subject:** Activity in Case 2:20-cv-00647-DBB-JCB Greer v. Moon et al Motion to Stay
**Date:** February 7, 2024 at 12:12 PM
**To:** ecf_notice@utd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

US District Court Electronic Case Filing System

District of Utah

### Notice of Electronic Filing

The following transaction was entered on 2/7/2024 at 10:11 AM MST and filed on 2/7/2024

**Case Name:**        Greer v. Moon et al
**Case Number:**      [2:20-cv-00647-DBB-JCB](#)
**Filer:**            Russell G. Greer
**Document Number:** [77](#)

**Docket Text:**

**MOTION to Stay to Stay Proceedings for 90 days filed by Plaintiff Russell G. Greer. (Attachments: # (1) Exhibit A) Motions referred to Jared C. Bennett.(kpf)**

**2:20-cv-00647-DBB-JCB Notice has been electronically mailed to:**

Gregory G. Skordas     gskordas@schhlaw.com, gmena@schhlaw.com, lawoffice@schhlaw.com

Stewart B. Harman      sharman@pckutah.com, aanderson@pckutah.com

Matthew D. Hardin      matthewdhardin@gmail.com

Russell G. Greer       russmark@gmail.com

**2:20-cv-00647-DBB-JCB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=2/7/2024] [FileNumber=5711596-0]
[8b3cc8514c66c2e7ec0e5cca242d3a18d61614e29bf58841a7b05a80b79ab214e47c
6409fd13cb592f5e3aa10ea850f23ef1a6c6ba73734330722368636dfe93]]
**Document description:** Exhibit A
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=2/7/2024] [FileNumber=5711596-1]
[afb8d73f7af67f1bbf768ce29628bed1bdbfa2cbc508f7c0489efaba0832dd0933c5
84339ba7f74c451eb2371c32e194c20d7e35048d3f86d56f23b77d0ad57e]]