**From:** Russell Greer russmark@gmail.com 
**Subject:** Expedited motion to stay
**Date:** February 7, 2024 at 12:18 PM
**To:** Matthew Hardin  matthewdhardin@gmail.com

Mr. Hardin,

Please find attached the motion.

Thanks

> Greer v. Kiwi Farms Motion to stay .pdf

Sent from my iPhone