FILED
2024 FEB 7 PM 1:14
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

---

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| **RUSSELL G. GREER,** | **REPLY TO DEFENDANTS' NOTICE REGARDING ERRONEOUS CERTIFICATE OF SERVICE** |
| Plaintiff | |
| v. | Case No.: 2:20-cv-00647 |
| **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website | |
| Defendants | Judge David Barlow<br>Magistrate Judge: Jared C. Bennett |

1

Plaintiff Russell Greer comes forward and replies to Defendants' Notice.

**Motion Was Filed 02-06-24**

1. In a long line and pattern of frivolous filings, Defendants now complain something as trivial as a filing date. Plaintiff replies and says that the date was correct.

2. As Defendants should be aware, Plaintiff does not have access to the electronic filing system. He must email his documents to the Clerk at: utdecf_clerk@utd.uscourts.gov.

3. Plaintiff tried filing this 02-06-24 at 3:42 PM PST. EXHIBIT A.

4. Plaintiff forgot that Utah is in a different time zone than Plaintiff is in Nevada. Utah is an hour ahead.

5. Plaintiff was waiting for receipt from the Clerk before sending to Mr. Hardin.

6. The Clerk did not send a receipt until 02-07-24. EXHIBIT B.

7. Literally 4 minutes after the receipt, Plaintiff promptly emailed Mr. Hardin. EXHIBIT C.

8. No, the date on the document wasn't changed because there was no need to. No harm or foul was meant.

9. Whatever point Mr. Hardin is trying to make is frivolous. As stated, because plaintiff is pro se, he has to work with what he has, which is emailing documents to the clerk and relying on the docket team to file.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**02-07-24**

## **Certificate of Service**

Plaintiff affirms that service was made to Defendants via the Court's electronic filing system and by personally emailing opposing counsel on 2-7-24: Matthew Hardin.

**<u>Exhibit A</u>**



**9:44** 🌙      ••II  LTE  **50**

‹ ①     **3 Messages**    ⌃ ⌄

From: **Russell Greer** ›
To: utdecf_clerk@utd.uscourts.gov ›
Cc: Gregory Keenan ›
Andrew Grimm ›
Bcc: russmark@gmail.com ›
Yesterday at 3:42 PM

## EMERGENCY Motion to Stay Proceedings

Good afternoon, UT Clerk.

This motion is an emergency and so I would ask for expedited filing and consideration from the judge.

Thank you.

Russell



**Tap to Download**
Greer v. Ki...to stay .pdf
4.5 MB



**<u>Exhibit B</u>**



**9:52**

**< Inbox**

utd_enotice@utd.uscourts....    9:12 AM
To: ecf_notice@utd.uscourts.gov  >

# Activity in Case 2:20-cv-00647-DBB-JCB Greer v. Moon et al Motion to Stay

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**US District Court Electronic Case Filing System**

**District of Utah**

**Notice of Electronic Filing**



**<u>Exhibit C</u>**

9:53 🌙                                    ▪️▪️|| LTE [47]

<  Sent                                      ∧    ∨

RG   **Russell Greer**                    9:18 AM
     **To:** Matthew & 1 more... >              📎

# Expedited motion to stay

Mr. Hardin,

Please find attached the motion.

Thanks

> **Tap to Download**
> Greer v. Ki...to stay .pdf
> 4.5 MB

Sent from my iPhone

   

11