**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

---

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>        Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al.*<br><br>        Defendant. | **NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No. 2:20-cv-00647-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and pursuant to Local R. Civ. P. 7-1 (c), and file this Notice of Supplemental Authority.

At ECF No. 80, p. 6, fn. 2, undersigned counsel stated that he had attempted to verify whether the Plaintiff's statements relating to his attempts to retain Attorneys Grimm and Keenan to appear in this matter were accurate. At that time, undersigned counsel has received no response from those attorneys. A response was subsequently received, and it is attached hereto.

Defendants note that the attached response does not indicate discussions are ongoing as to any retainer arrangements, and appears to indicate only that the referenced attorneys will not "rule out" the possibility that they will at some unspecified point in the future represent Mr. Greer. Defendants respectfully submit that this new information further militates against a stay in this matter, because there

appears to be no certainty or even probability of any resolution with respect to Mr. Greer's pro se status 60 or 90 days hence, and indeed neither the pro se Plaintiff nor his former attorneys have made any concrete representations as to what the status of any negotiations with respect to retention might be or when such negotiations might be finalized. The mere possibility that Mr. Greer might, at some unknown future time, retain counsel, is insufficient to warrant a stay.

DATED February 8, 2024

                                      **HARDIN LAW OFFICE**

                                      */s/ Matthew D. Hardin*
                                      **Matthew D. Hardin**
                                      Attorney for Defendants