**From:** Andrew Grimm andrew.b.grimm@gmail.com
**Subject:** Re: Attorney Conferral - Greer v. Moon
**Date:** February 8, 2024 at 3:10 AM
**To:** Matthew Hardin matthewdhardin@gmail.com
**Cc:** Andrew Grimm andrew@digitaljusticefoundation.org, Gregory Keenan gregory@digitaljusticefoundation.org

Matt,

The Digital Justice Foundation does <u>not</u> represent Mr. Greer at present. That said, we are not going to commit that we won't represent Mr. Greer, reserving the right to do so.

Best regards,

Andrew Grimm
Attorney
DIGITAL JUSTICE FOUNDATION
(531) 210-2381
digitaljusticefoundation.org
Email: andrew@digitaljusticefoundation.org

On Wed, Feb 7, 2024 at 9:27 AM Matthew Hardin <matthewdhardin@gmail.com> wrote:
> Mssrs. Grimm and Keenan,
>
> Can you confirm whether you intend to appear in the District Court in this matter? Please see the attached.
>
> Thank you,
>
> **Matthew D. Hardin**
> **Hardin Law Office**
> NYC Office: 212-680-4938
> DC Office: 202-802-1948
> Cell Phone: 434-202-4224
> Email: MatthewDHardin@protonmail.com
>
> ***The information contained in this message may be privileged. It is intended by the sender to be confidential. If you suspect you may not be the intended recipient, please notify the sender and delete all copies.***
>
>> On Dec 20, 2023, at 4:05 AM, Andrew Grimm <andrew.b.grimm@gmail.com> wrote:
>>
>> Matt,
>>
>> The Digital Justice Foundation no longer represents Mr. Greer.
>>
>> Best regards,
>>
>> Andrew Grimm
>> Attorney
>> DIGITAL JUSTICE FOUNDATION
>> (531) 210-2381