**From:** utd_enotice@utd.uscourts.gov
**Subject:** Activity in Case 2:20-cv-00647-DBB-JCB Greer v. Moon et al Memorandum in Support of Motion
**Date:** February 8, 2024 at 9:08 AM
**To:** ecf_notice@utd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. If you need assistance, call the Help Desk at (801)524-6100.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record in a case to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

US District Court Electronic Case Filing System

District of Utah

### Notice of Electronic Filing

The following transaction was entered on 2/8/2024 at 7:07 AM MST and filed on 2/8/2024

**Case Name:** Greer v. Moon et al
**Case Number:** 2:20-cv-00647-DBB-JCB
**Filer:** Russell G. Greer
**Document Number:** 82

**Docket Text:**
**MEMORANDUM in Support re [77] MOTION to Stay filed by Plaintiff Russell G. Greer. (kpf)**

**2:20-cv-00647-DBB-JCB Notice has been electronically mailed to:**

Gregory G. Skordas     gskordas@schhlaw.com, gmena@schhlaw.com, lawoffice@schhlaw.com

Stewart B. Harman     sharman@pckutah.com, aanderson@pckutah.com

Matthew D. Hardin     matthewdhardin@gmail.com

Russell G. Greer     russmark@gmail.com

**2:20-cv-00647-DBB-JCB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060034973 [Date=2/8/2024] [FileNumber=5712676-0]
[421adce148846b25038916f0dc4114a0187fbc2b8ff4d604408f537b265962fe717f
2c2d7d8c9b86d46b84fdba7135d76f73a940320b272417d1fb5b32996dd6]]