**From:** Russell Greer russmark@gmail.com 
**Subject:** Supplemental memo
**Date:** February 8, 2024 at 9:18 AM
**To:** Matthew Hardin matthewdhardin@gmail.com

Greer v. Kiwi Farms memo in support.pdf
611 KB

Sent from my iPhone