Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

FILED
2024 FEB 8 PM 2:30
CLERK
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>Defendants | RESPONSE TO NOTICE REGARDING ERRONEOUS CERTIFICATE OF SERVICE<br><br>Case No.: 2:20-cv-00647<br><br>Judge David Barlow<br>Magistrate Judge: Jared C. Bennett |

1

Plaintiff Russell Greer responds and says that this has already been addressed. This was addressed in Doc 79.

Once again, Plaintiff DOES NOT have access to the filing system. This has been established. Greer emails his documents to the docketing department and so the day he emails them to be filed, isn't always the day when they are filed. Once Plaintiff receives receipt, he emails the document to defendants, as it is quite silly to have to change the date.

Additionally, Plaintiff was only emailing Defendants the motion to stay documents because it was an emergency. Normally, Plaintiff will rely on the filing system, as defendants don't email Greer documents.

Any further "Notices" regarding this filing date contention should be viewed as frivolous.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**02-08-24**

## Certificate of Service

Plaintiff affirms that service was made to Defendants via the Court's electronic filing system on 2-8-24 and that said attorney for defendants is Matthew Hardin.