FILED
2024 FEB 8 PM 2:37
CLERK
U.S. DISTRICT COURT

Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**<br><br>    Plaintiff<br><br>v.<br><br>**JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website<br><br>    Defendants | **PLAINTIFF'S RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Case No.: 2:20-cv-00647<br><br>Judge David Barlow<br>Magistrate Judge: Jared C. Bennett |

1

Plaintiff Russell Greer responds and says that the email from Andrew Grimm doesn't disprove Plaintiff's Motion to Stay the case. The email provided by Defendants clearly shows Grimm saying that the DJF (Digital Justice Foundation) currently does not represent Greer, but that DJF was reserving the right to represent Plaintiff. This is exactly what Plaintiff explained in his Motion to Stay. (Doc 77. Paragraph 24: "Hardin took advantage of this unequal playing field by inquiring of Plaintiff's appellate counsel on 12-19-23 if they were representing him at the district level. The DJF *answered no because the kinks and logistics of district court representation were still being worked out."*).

As stated in the Motion to Stay, there are a few stipulations DJF wants from Plaintiff before committing to representation. (Doc. 77, paragraph 10). Plaintiff has to stay the case to fulfill those stipulations, one of which is getting the funding to re-retain DJF, which he can't do with important deadlines.

Respectfully submitted,

By:

Russell Greer

Pro Se Litigant

/rgreer

**02-08-24**

2

## Certificate of Service

Plaintiff affirms that service was made to Defendants via the Court's electronic filing system on 2-8-24 and that said attorney for defendants is Matthew Hardin.