Russell Greer
1155 South Twain Ave
Suite 108420
Las Vegas, Nevada 89169
801-895-3501
russmark@gmail.com
Pro Se Litigant

# IN THE UNITED STATES DISTRICT COURT DISTRICT FOR

# THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **RUSSELL G. GREER,**  Plaintiff  v.  **JOSHUA MOON,** publisher of the website Kiwi Farms, **and KIWI FARMS**, a website  Defendants | **PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION TO STAY**  Case No.: 2:20-cv-00647  Judge David Barlow  Magistrate Judge: Jared C. Bennett |

1

Plaintiff Russell Greer responds and says that Kiwi Farms IS the hardship.

## INTRODUCTION

As pointed out in Plaintiff's Supporting Motion, Defendants (and their counsel) are fundraising off of this case — with their odd caricatures of Plaintiff. After Plaintiff conveyed to Hardin on 2-7-24 how creepy the entire fundraiser was, it appears Mr. Hardin didn't respect the sanctity of private communication between parties because shortly thereafter, ANOTHER Kiwi Farms user, going by "Anonymousemail", sent Greer an email. The subject line read, "WAAA WAAAA WAAA. YOU STARTED THIS FIGHT," in an apparent mocking of Greer detailing his frustration to opposing counsel. EXHIBIT A.

Describing this as anything other than a nightmare would be an understatement.

## PLAINTIFF MADE GOOD FAITH EFFORTS TO RETAIN HIS COUNSEL WITHIN TWO WEEKS of the COURT'S 1-22-24 ORDER

After Plaintiff filed the motion to extend deadlines, Plaintiff made good faith efforts to get his counsel on board before the passed 2-7-24 deadline of the Reply to Answer. Due to DJF's busy docket, they didn't get back to Greer until Friday, 2-2-24. Since Greer doesn't have access to electronic filing, he had to wait until the following week to file and wasn't able to finish the motion to stay until Tuesday 2-6-24 and then had to wait on the Court's docket team to file the paperwork into the system, which was 2-7-24, and the docket team didn't "back date" the filing.

So no, contrary to Defendants, undue delay was never meant, as Plaintiff was waiting to find out from his former counsel what stipulations had to be met for any official representation before Greer asked this Court for a Stay.

### Private Communications

Defendants seem to complain that Greer has provided no evidence of Greer seeking counsel, however, such email communication is private and Greer would rather not post privileged communication because as demonstrated, the KF users do not respect anything. For the sake of

2

transparency for this Court, Greer provides evidence that he HAS been trying to retain Counsel and has been communicating to the DJF. EXHIBIT B.

## **KIWI FARMS *IS* THE HARDSHIP**

Having competent counsel reply to such important matters is one part of the "hardship" requirement showings for a Motion to Stay, but as pointed out in the Motion to Stay, the true hardship is the constant harassment from Kiwi Farms. As demonstrated in the Memo in Support, even opposing counsel is in on the harassment by fundraising off this entire thing and using Greer's likeness. $150,000 dollars raised and Greer has not seen one cent of having his likeness used.

As has been adequately shown in the Motion and its Supplemental Memo, the harassment only keeps getting worse and worse. The KF trolls have damaged Greer's copyrights to the point where he can't even market them and to where Greer is afraid of releasing more works because the KF trolls will upload his works to various sites, go out of their way to embark on harassment sprees to 1 star review everything and leave defamatory commentary that is hard to remove.

It's not just the copyrights. The kiwi farms users send Greer weekly emails taunting him. The users manage to find who Greer is working with and "warn them" about Greer. So there is business sabotage involved with Kiwi Farms as well. It's gotten to the point where it has been hard to find good employment because of Kiwi Farms.

As reputable journalists have pointed out, Kiwi Farms is the website that wants you to kill yourself. *The Website that Wants You to Kill Yourself.* Mother Jones. (2023). (https://www.motherjones.com/politics/2023/02/kiwi-farms-die-drop-cloudflare-chandler-trolls/), The article explains: "Kiwi Farms users deploy slightly different tactics for various victims, but the rough beats are the same. First, the group assembles extensive dossiers. Then they use the information (some true, some contorted, some fabricated) to torment their targets." This is exactly what has been happening to Greer. Greer is trying to get law enforcement

3

involved. And for any qualms over news sources, many other outlets point out that Kiwi Farms is basically a domestic terrorist enterprise: (1) MSNBC. *My experience as a target of Kiwi Farms speaks to a scary truth about internet culture* (2022) (https://www.msnbc.com/opinion/msnbc-opinion/kiwi-farms-made-internet-more-dangerous-trans-people-n1298815), (2) Forward (a Jewish Nonprofit Site) *This trolling website targeted transgender people, Jews and the disabled. Here's how it felt.* (2022) (https://forward.com/news/517780/kiwi-farms-trolling-website-antisemitism-transgender-harass-4chan/) ('This was a website whose entire purpose was to cause people to die,' said Yonah Gerber, a target of Kiwi Farms."), (3) *Anti-trans stalkers at Kiwi Farms are chasing one victim around the world. Their list of targets is growing.* NBC News. (2022) (https://www.nbcnews.com/tech/internet/cloudflare-kiwi-farms-keffals-anti-trans-rcna44834) ("A trans streamer and a Republican congresswoman were targeted at their homes in the last month. Experts warn this is just the beginning.")

Defendants have robbed Greer of 8 years of his life. The case stayed in limbo for two years. The case has barely resumed. There is no hardship in a 90 day stay being granted for a pro se litigant to retain the same counsel that represented him at the appellate level.

## CONCLUSION

Since hardship and good cause has been established, Plaintiff respectfully asks for the Court to issue a stay of 90 days, so that Greer can retain counsel.

Respectfully submitted,

By:

Russell Greer

4