**Exhibit A**




## **Exhibit B**



And I've always been grateful for the DJF representation. My website blog even thanked you from a post in 2022.

Tuesday 6:43 PM

Sent the motion for a stay to you. I think the court clerks office was closed when i emailed it lol 😆. So I should have them file it tomorrow . I couldn't find any exact 10th circuit case law that mirrors my situation but just played into the kiwi farms harassment as being a hardship, that the opposing attorney filed a bunch of  motions before DJF could really entertain re-representing again and that these are important motions that should be written and responded to by competent counsel 🤷‍♂️

Edited



10

4:46

Sent

**Russell Greer**  Friday
To: Andrew   Cc: Russell & 3 more...

## Re: Client Communications - Greer v. Kiwi Farms - PRIVILEGED & CONFIDENTIAL

Ok, Mr. Grimm.

Let me file the motion and I will do those 4 things

Russell Greer

www.russellgreer.com

Sent from my iPhone

> On Feb 2, 2024, at 9:02 AM, Andrew Grimm <andrew.b.grimm@gmail.com> wrote:
>
> Russell,

11