**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al.*<br><br>Defendant. | **OBJECTION TO FILING OF MULTIPLE REPLY BRIEFS**<br><br>Case No. 2:20-cv-00647-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and OBJECT to the Defendant's attempt to file two separate Reply Briefs in support of the same underlying Motion. The Plaintiff filed his purportedly expedited Motion for a Stay on February 7, 2024. ECF No. 77. Defendants opposed that Motion on February 7, 2024. ECF No. 80. Defendant filed his first Reply Brief, erroneously captioned as a "Supplemental" Brief, on February 8, 2024. ECF No. 82. Defendant filed yet another Reply Brief later on February 8, 2024. ECF No. 86.

Defendants object to the filing of multiple Reply Briefs relating to the same Motion, and to the Plaintiff's filing of a so-called "Supplemental" Brief without leave of Court. Defendants note that the Plaintiff is well aware of the briefing requirements and the need for leave of court to file extraneous briefs. See, e.g., ECF Nos. 31, 33, 34, 35, 37 (all relating to prior so-called "supplemental" briefs). Having previously been

denied leave to file supplemental briefs, Plaintiff now simply files them without requesting any leave at all, in an attempt to evade the rules that govern litigation in this Court.

DATED February 8, 2024

                                        **HARDIN LAW OFFICE**

                                        */s/ Matthew D. Hardin*
                                        **Matthew D. Hardin**
                                        Attorney for Defendants