**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| RUSSELL GREER,<br><br>      Plaintiff,<br>v.<br><br><br>JOSHUA MOON, *et al.*<br><br>      Defendant. | **NOTICE REGARDING RETURNED MAIL**<br><br>Case No. 2:20-cv-00647-DBB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

NOW COME the Defendants, by and through undersigned counsel, and give Notice that filings served upon the Plaintiff by U.S. mail are being returned by the postal service as undeliverable. A copy of returned filings is attached hereto.

DATED February 10, 2024

                              **HARDIN LAW OFFICE**

                               */s/ Matthew D. Hardin*
                              **Matthew D. Hardin**
                              Attorney for Defendants