NL 1-22

46602

Utility Mailer
10 1/2" x 16"

FROM:
Hardin Law Office
1725 I Street NW
Suite 300
Washington DC 20006

-R-1-S-
89114-KFS-1N
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

TO:
Russell Greer
[address obscured]

USPS TRACKING®#
9500 1152 3277 4018 1051 06

Retail
RDC01

U.S. POSTAGE PAID
USPS Ground Advtg
NORTH CHESTERFIELD
VA 23235
JAN 18, 2024
$8.55
R2305K142865-75

0 Lb 14.10 Oz
89114