**Matthew D. Hardin (pro hac vice)**
**HARDIN LAW OFFICE**
1725 I Street NW, Suite 300
Washington, DC 20006
Telephone: (202) 802-1948
Email: MatthewDHardin@gmail.com
*Attorney for Defendants*

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| RUSSELL GREER, | NOTICE REGARDING RETURNED MAIL |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:20-cv-00647-DBB |
| JOSHUA MOON, *et al.* | District Judge David Barlow |
| | Magistrate Judge Jared C. Bennett |
| Defendant. | |

NOW COME the Defendants, by and through undersigned counsel, and give Notice that additional filings served upon the Plaintiff by U.S. mail have been returned by the postal service as undeliverable. A copy of another returned filing is attached hereto. Defendants previously gave Notice that other filings were returned undeliverable on February 10, 2024. ECF No. 91.

As best as undersigned counsel can determine, no mail has successfully reached Mr. Greer. Additionally, Mr. Greer's "updated" address provided to the Court at ECF No. 70 does not exist. A review of public records reveals that South Twain Avenue is not a street that exists in Las Vegas, Nevada, although East and West Twain Avenue do exist. DUCivR 83-1.3 (e)(2) requires an unrepresented party to keep his or her contact information updated during the pendency of litigation; it appears that Mr. Greer has not done so.

DATED March 9, 2024

                                      **HARDIN LAW OFFICE**

                                      */s/ Matthew D. Hardin*
                                      **Matthew D. Hardin**
                                      Attorney for Defendants