MIAMI FL 330
26 DEC 2023 PM 2 L

Russell Greer
P.O. Box 46602
Las Vegas, NV 89114

UTF FWD

NIXIE  891 7E 1  2202/27/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: Z0006242375  *2108-02637-Z-40