**EXHIBIT A**

**11:10**  LTE **35**

‹ Notes  

Created: January 17, 2024 at 12:54 PM

Opposition for motion for change of venue.

1. defendant has purposefully availed himself to the district of Utah.
2. Said Motion would be unduly predjucisl.
3. There would be inconvenience for plaintiff, as he has zero contact with Florida .

purposefully availed itself of the privilege of conducting activities in [the state of Washington] or purposefully directed its activities at [Washington]". The Court noted that the second factor was the primary issue given that Washington Shoe's claims sounded in tort, i.e., copyright infringement.

The Ninth Circuit continued that "purposeful direction" could be established where the defendant has "(1) committed an intentional act; (2) expressly aimed at the forum state; (3) causing harm that the defendant knows is likely to be suffered in the forum state." Thus, personal jurisdiction could be exercised over a nonresident such as A-Z

  

8

**EXHIBIT B**

**11:11**    .ıl LTE **35**

 Notes     

Created: January 19, 2024 at 8:36 AM

# Opposition for joinder

Appellate document 010110955308
(Response to Petition for Rehearing En Banc), filed 11-17-2023, already addressed the Google contentions that Defendants are strangely hanging their defense on. EXHIBIT A.

Plaintiff Opposes the motion to compel to name Google as a party for many reasons:

1. Multiple infringements besides Google Drive.
2. The copyright act allows to find infringement against third parties regarding links without having to name the owner of the site that was used to link (Google). 17 USC 512(3)(d). https://www.law.cornell.edu/uscode/text/17/512

Thus, actual knowledge of infringing material, awareness of facts or circumstances that make infringing activity apparent, or *28 receipt of a takedown

   

10

**<u>EXHIBIT C</u>**

**11:13** 

 Notes  

Created: January 19, 2024 at 12:17 PM

# Response needs to be 25 pages.

Reply can't exceed 10 pages.

General rule is that motions must be filed in 14 days.

21 days to file an answer

Defendants filed 7 motions between 01-17-24 and 01-18-24, leaving Plaintiff with 14 days to reply to 6 motions by 01-31-24 and 02-01-24, and 21 days to reply to the Answer by 02-07-24.

   

**EXHIBIT D**

**11:14**    LTE **34**

⟨ Notes

Created: January 21, 2024 at 3:47 AM

# Patrick Tomlinson stalked by kiwi farms https://www.nbcnews.com/news/us-news/fbi-formed-national-database-track-prevent-swatting-rcna91722

https://www.thedailybeast.com/internet-trolls-have-tormented-patrick-tomlinson-for-years-and-he-cant-stop-them

Tomlinson's plight is somewhat similar to that of trans Twitch streamer Clara Sorrenti, who has been the focus of a lengthy, vicious, anti-trans harassment campaign by users on the internet message board Kiwi Farms. In fact, Tomlinson himself was the target of a 1,400-page thread on the notoriously toxic online community, whose users single out specific individuals to stalk and harass.

**EXHIBIT E**



Created: January 27, 2024 at 6:28 AM

# Reply to Moon's Answer

In 1997, Congress created a shield for website owners. This shield was to act as a protection Mr. Moon flaunts this shield.

**EXHIBIT F**

11:16    LTE 33

 Notes     

Created: February 1, 2024 at 6:54 AM

# Motion to stay

FRCP rule 6

   

**<u>EXHIBIT G</u>**

